**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AVIARA RESIDENCE CLUB OWNERS ASSOCIATION, a California non-profit mutual benefit corporation,<br><br>Plaintiff,<br>v.<br><br>SECURITY NATIONAL INSURANCE COMPANY, a Texas corporation; and DOES 1 through 50, inclusive,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTION | Case No.: 3:19-CV-02372-DMS-DEB<br><br>**ORDER RE JOINT MOTION TO DISMISS THE ACTION IN ITS ENTIRETY, WITH PREJUDICE [DKT 87]**<br><br>**Judge Dana M. Sabraw**<br>**Magistrate Judge Daniel E. Butcher** |

Pursuant to the Joint Motion to Dismiss the Action in its Entirety, with Prejudice, (CM/ECF DKT No. 87) filed on December 28, 2020, and upon a showing of good cause that the Joint Motion should be granted;

///

///

///

IT IS HEREBY ORDERED that:

1. The above-referenced action is dismissed in its entirety, including Aviara's First Amended Complaint and Security National's Third-Party Complaint, with prejudice;

2. The Parties shall each bear their own attorneys' fees and costs incurred herein; and

3. All dates and deadlines are hereby vacated.

Dated: January 29, 2021.

_____

Judge, United States District Court